## RECONSIDERATION DOCKET

**97–1814.   Lancaster v. Fairfield Cty. Budget Comm.**
Board of Tax Appeals, Nos. 96–D–1241 and 96–D–1242.   Reported at 83 Ohio St.3d 242, 699 N.E.2d 473.   On motion for reconsideration.   Motion denied.

RESNICK, PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**97–2175.   Visicon, Inc. v. Tracy.**
Board of Tax Appeals, Nos. 96–M–414 and 96–M–415.   Reported at 83 Ohio St.3d 211, 699 N.E.2d 89. On motion for reconsideration.   Motion denied.

**98–1191.   Indus. Comm. v. Dayton Walther Corp.**
Franklin App. Nos. 97APE06–746, 97APE06–747, 97APE06–748 and 97APE06–749.   Reported at 83 Ohio St.3d 1429, 699 N.E.2d 946.   On motion for reconsideration.   Motion denied.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

On *amicus curiae* motion for leave to file under S.Ct.Prac.R. XI.   Motion denied.